UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEKUNLE A. ONATOLU,

                      Plaintiff,

       -against-

AMAZON,

                      Defendant.

20-CV-7588 (CM)

CIVIL JUDGMENT

Pursuant to the order issued September 17, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the July 9, 2015 order in *Onatolu v. U.S. Army*, ECF 1:15-CV-2829, 4 (S.D.N.Y. July 9, 2015), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 17, 2020
             New York, New York

                                            COLLEEN McMAHON
                                     Chief United States District Judge